IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MORGAN BRADY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 10-0493-CG-M** |
| ) | |
| **BANK OF AMERICA, and BAC HOME** ) | |
| **LOANS SERVICING, LP,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the court on the Parties' Status Report Concerning Settlement in which the parties advise that they have reach a settlement, and request the court to hold the case in abeyance pending finalization of the parties' agreement. (Doc. 16)

It is **ORDERED** that all claims are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within sixty (60) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 11th day of January, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE